**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ABIGAIL GEHAN and ZACHARY GEHAN, Derivatively on Behalf of Nominal Defendant RESOURCE CAPITAL CORP., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Case No. |
| STEVEN J. KESSLER, WALTER T. BEACH, WILLIAM B. HART, GARY ICKOWICZ, MURRAY S. LEVIN, P. SHERRILL NEFF, RICHARD L. FORE, STEPHANIE H. WIGGINS, DAVID J. BRYANT, DAVID E. BLOOM, JONATHAN Z. COHEN, EDWARD E. COHEN, RESOURCE AMERICA, INC., and RESOURCE CAPITAL MANAGER, INC., | : : : : : : : : : : : | **VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**  **DEMAND FOR JURY TRIAL** |
| Defendants, | : : | |
| and | : : | |
| RESOURCE CAPITAL CORP., | : : | |
| Nominal Defendant. | : : | |

Plaintiffs Abigail Gehan and Zachary Gehan ("Plaintiffs"), by and through their undersigned attorneys, bring this shareholder derivative action for the benefit of Nominal Defendant, Resource Capital Corp. ("Resource Capital" or the "Company"), against certain current and former officers and members of the Company's board of directors (the "Board") seeking to remedy Defendants' (as defined below) violations of §14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), breaches of fiduciary duty, waste of corporate assets, abuse of control, gross mismanagement and unjust enrichment. Plaintiffs make these allegations upon personal

knowledge as to those allegations concerning Plaintiffs and, as to all other matters, upon the investigation of counsel, which includes without limitation: (a) review and analysis of public filings made by Resource Capital and other related parties and non-parties with the United States Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and other publications disseminated by certain of the Defendants and other related non-parties; (c) review of news articles, shareholder communications, and postings on Resource Capital's website; (d) review of the pleadings and other documents in the securities class action lawsuit entitled *Levin v. Resource Capital Corp., et al.*, No. 1:15-cv-07081-LLS (S.D.N.Y.) (the "Securities Class Action"); and (e) review of other publicly available information concerning Resource Capital and the Defendants.

## NATURE OF THE ACTION

1.      This is a shareholder derivative action on behalf of Nominal Defendant Resource Capital seeking to recover damages caused by Defendants' violations of the federal securities laws, breaches of fiduciary duty, waste of corporate assets, abuse of control, gross mismanagement, and unjust enrichment as a result of Defendants causing the Company to issue materially misleading statements and/or omitting material information concerning risky and dangerous loans in the Company's portfolio from October 31, 2012 until the present (the "Relevant Period").[1]

2.      Resource Capital is a diversified real estate investment trust ("REIT") that primarily focuses on originating, holding, and managing commercial mortgage loans and other commercial real estate-related debt and equity investments.  The Company invests in commercial real estate-related assets, such as mezzanine loans, which the Company describes as loans that are senior to

---

[1] The false and misleading statements were issued in the Company's public filings from approximately October 31, 2012 to August 5, 2015; however, the wrongs complained of herein continue through to the present as Resource Capital's internal controls remain deficient.

the borrower's equity in, and subordinate to a first mortgage on, a property.  Mezzanine loans are secured by pledges of ownership interest in entities that directly own the real property.

3.      Up until September 8, 2016, the Company was managed externally by Resource Capital Manager Inc. ("Resource Manager"), an indirect wholly-owned subsidiary of Resource America, Inc. ("Resource America"), pursuant to the Second Amended and Restated Management Agreement between Resource Capital, Resource Manager and Resource America, dated as of June 13, 2015 (the "Management Agreement").[2]

4.      On September 8, 2016, C-III Capital Partners LLC ("C-III"), a commercial real estate investment management company, acquired Resource America.

5.      In the Company's annual report filed on Form 10-K with the SEC on March 2, 2015 for the fiscal year ended December 31, 2014 (the "2014 10-K"), in connection with the Management Agreement, the Company stated, in pertinent part:

> At the time the management agreement was negotiated, our officers and two of our directors, Edward E. Cohen and Jonathan Z. Cohen, were also officers or directors of the Manager or Resource America. As a consequence, ***our management agreement was not the result of arm's-length negotiations*** and its terms, including fees payable, may not be as favorable to us as if it had been negotiated with an unaffiliated third-party.[3]

6.      Throughout the Relevant Period, the Company was dominated and controlled by Resource America (now C-III).  As further stated in the 2014 10-K:

> …we [Resource Capital] have no employees. Our officers, portfolio managers, administrative personnel and support personnel are employees of Resource America. We have no separate facilities and…completely rely on the Manager and,

---

[2] *See* Second Amended and Restated Management Agreement between Resource Capital Corp., Resource Capital Manager, Inc. and Resource America, Inc., dated as of June 13, 2015, filed as Exhibit 10.1 to Form 8-K, filed on June 13, 2012. *See also* Amendment No. 1 to the Management Agreement, dated as of November 7, 2013, filed as Exhibit 10.1(b) to Form 10-Q, filed on November 12, 2013 (for the quarter ended September 30, 2013).

[3] All emphasis added unless otherwise noted.

3

because the Manager has no direct employees, ***Resource America, which has significant discretion as to the implementation of our operating policies and investment strategies***.

7.     Defendants Edward E. Cohen ("E. Cohen") and Jonathan Z. Cohen ("J. Cohen") were directors of Resource Capital throughout the Relevant Period until their resignations on September 8, 2016.  However, Defendants E. Cohen and J. Cohen are Resource America's largest combined shareholders, with a beneficial ownership of approximately 30.63% (as of July 31, 2016) and as such, continue to exercise undue control over Resource Capital.

8.     Defendants E. Cohen and J. Cohen, along with other Defendants, engaged in an improper and illicit scheme to enrich Resource America through excessive management fees via the Management Agreement.  In particular, the Management Agreement calls for Resource Capital to pay Resource Manager: (i) a monthly base management fee equal to $1/12^{th}$ of the amount of Resource Capital's equity multiplied by 1.50%[4]; (ii) incentive compensation; (iii) reimbursement of out-of-pocket expenses and certain other costs incurred by Resource Manager related to the Company's operations; and (iv) reimbursement of Resource Manager's expenses for wages, salaries and benefits of Resource Capital's Chief Financial Officer ("CFO"), Chief Accounting Officer, several accounting and tax professionals and 50% of the salary and benefits of the director of investor relations. *Id.*

9.     The monthly management fee was paid to Resource Manager regardless of the Company's performance.

---

[4] Under the Management Agreement, "equity" is equal to the net proceeds from issuances of shares of capital stock less offering-related costs, plus or minus Resource Capital's retained earnings (excluding non-cash equity compensation incurred in current or prior periods) less any amounts Resource Capital has paid for common stock and preferred stock repurchases. The calculation is adjusted for one-time events due to changes in accounting principles generally accepted in the United States ("GAAP"), as well as other non-cash charges, upon approval of Resource Capital's independent directors. *See* Form 10-K, at 11, filed on March 16, 2017 (the "2016 10-K").

4

10.     While continuing to pay excessive management fees, the Board failed to disclose material information concerning the risks of one of Resource Capital's mezzanine loans.  In 2007, Resource Capital acquired an ownership interest in a mezzanine loan secured by approximately thirteen (13) luxury hotels (the "Mezzanine Loan") owned by The Blackstone Group ("Blackstone"). Three of the hotels that served as collateral for the Mezzanine Loan are located in Puerto Rico.

11.     Since approximately 2006, Puerto Rico's economy has been in a worsening recession, including a substantial debt crisis, which led to Puerto Rico's debt being downgraded to junk status.  Consequently, returns on Puerto Rico's debt began to plummet.

12.     By the end of the Relevant Period, the three hotels in Puerto Rico were the only assets left serving as collateral on the Mezzanine Loan while Puerto Rico's economy continued to decline.  However, the Company failed to disclose that the three Puerto Rico hotels were the only collateral left on the Mezzanine Loan.  This material information was not disclosed to Resource Capital shareholders in the Company's proxy statements from 2013-2015.  The 2013-2015 proxy statements referenced the Company's earlier quarterly and annual reports that also failed to disclose material information to Resource Capital's shareholders concerning the risks of the Mezzanine Loan since the Puerto Rico hotels were the only collateral left on the Mezzanine Loan.

13.     In the years that the Company failed to disclose this material information, the Company touted the performance of "[a]ll of the Company's commercial real estate loans."  This repeated misrepresentation by Defendants caused the Company's reported equity to become inflated from 2012 through 2015, which in turn inflated the management fees paid to Resource Manager during that same period, which fees averaged approximately $13.7 million per year.

14.     On August 4, 2015, the truth concerning the Mezzanine Loan was revealed when

the Company issued a press release announcing its financial results for the three and six months ended June 30, 2015.  In the August 4, 2015 press release, Resource Capital reported a GAAP net loss of $31.0 million during the quarter, a consequence of Resource Capital recognizing a loss on the Mezzanine Loan position located in Puerto Rico of $41.1 million.  This was the first time the Company disclosed that "[t]he last three luxury brand hotel properties securing the loan are located in or near San Juan, Puerto Rico, and recent economic and credit disruptions in Puerto Rico resulted in events that caused the Company to determine that the loan should be fully reserved."

15.    On this news, Resource Capital's common stock closed at $3.05 on August 5, 2015, down from $3.48 on August 4, 2015, a loss of approximately 12%, on unusually heavy volume of 1.395 million shares.  After the announcement, the Company lost approximately $54.6 million in market capitalization.

16.    In fact, had the Company recorded the loss in late 2012 when the Mezzanine Loan stopped performing, Resource Capital's market cap loss would have occurred then, and the Company would have paid approximately $4.5 million less in management fees to Resource Manage from 2013 through 2015 as a result.

17.    As further described herein, demand on the Company's Board to institute action for the alleged wrongdoing committed by Defendants would be futile and useless since a majority of the Board are not disinterested or independent.

18.    The Company and its shareholders have been substantially damaged as a result of Defendants' knowing or highly reckless breaches of fiduciary duty, violations of the federal securities laws and other misconduct alleged herein.

**JURISDICTION AND VENUE**

19.    This Court has jurisdiction over the claims asserted herein under 28 U.S.C. §1331

6